# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED CLERK, U.S. DISTRICT COURT
MAY - 3 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> RODNEY THOMAS ULLOA <br> Defendant. | CR00-1141-RMT-JFW <br><br> ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds no condition or combination of conditions that will reasonably assure:

    (A)  (X)   the appearance of defendant as required; and/or

    (B)  ( )   the safety of any person or the community.

//

//

1 | The Court concludes that:
2 | A.    ( )    Defendant poses a risk to the safety of other persons or the
3 |              community because defendant has not demonstrated by clear and
4 |              convincing evidence that:
5 | _____
6 | _____
7 | _____
8 | _____

10 | (B)   (X)   Defendant is a flight risk because defendant has not shown by clear
11 |             and convincing evidence that:
12 | _____
13 | PRIOR FTA ON UNDERLYING CAS
14 | _____
15 | _____

17 | IT IS ORDERED that defendant be detained.

19 | DATE: May 3, 2011

MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

2